KATHERINE HART, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Action to recover damages for personal injuries sustained by plaintiff by falling on the steps of an escalator leading to defendant's elevated railroad.

The escalator was stationary at the time and was being used as a stairway. It was claimed that the steps thereof were negligently maintained. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.